proceed further *in forma pauperis,* denied. *Mr. Thurman A. Brown, pro se.* No appearance on behalf of respondent.

No. 343. LEVER BROTHERS Co. *v.* COLGATE-PALMOLIVE-PEET Co. ET AL. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE STONE took no part in the consideration and decision of this application. *Messrs. George Wharton Pepper, Frank Parker Davis, George I. Haight,* and *John F. Neary* for petitioner. *Messrs. Marston Allen, Frank F. Dinsmore, Louis Quarles, Mason Trowbridge, Newton D. Baker,* and *Arthur C. Denison* for respondents.

No. 348. PACIFIC COAST BISCUIT Co. *v.* UNITED STATES. October 18, 1937. Petition for writ of certiorari to the Court of Claims denied. *Mr. J. S. Y. Ivins* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

Nos. 353 and 354. RYAN ET AL. *v.* NEWFIELD; and

No. 355. FLORIDA TEX OIL Co. ET AL. *v.* BALLENTINE. October 18, 1937. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. K. Zewadski* and *William C. Pierce* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Allen E. Throop* and *Robert E. Kline, Jr.,* for respondents. Reported below: 91 F. (2d) 700.